# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2968
_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth J. Jones

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado
_____

Submitted: January 20, 2021
Filed: February 10, 2021
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Kenneth J. Jones, a federal prisoner, appeals the district court's order denying his motion for compassionate release for failure to exhaust his administrative remedies. The government concedes error and moves for remand, specifically noting it earlier conceded Jones had exhausted administrative remedies. Accordingly, we summarily reverse and remand for further proceedings on the merits of Jones's motion for compassionate release. See 8th Cir. R. 47A(a). The

government's motion is granted, except the remand will not be limited nor briefing stayed as requested.

_____